**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**HELENA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-08-H-CCL** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **TRAVIS HOLLY STEPHENS, and BRANDON JAMES LeCLAIR,** | |
| **Defendants.** | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture.  Having reviewed said motion, the Court FINDS:

1.     The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2.     A Preliminary Order of Forfeiture was entered on November 1, 2017;

3.     All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21

1

U.S.C. § 853(n)(1);

4.    There appears there is cause to issue a forfeiture order under 18

U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.    The Motion for Final Order of Forfeiture is GRANTED.

2.    Judgment of forfeiture of the following property shall enter in favor of

the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other

party:

Bersa, model Firestorm, .22 caliber pistol, serial number A20086; and

Taurus, model PT99, 9 mm semi-automatic pistol, serial number
THI45144.

3.    The United States shall have full and legal title to the forfeited property

and may dispose of it in accordance with law.

Dated this 12th day of March, 2018.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE